UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADAM SELJUK,

    Petitioner,

v.                                              Case No. 6:09-cv-1435-Orl-35GJK

SECRETARY, DEPARTMENT OF
CORRECTIONS, FLORIDA ATTORNEY
GENERAL

    Respondents.
_____/

## ORDER OF DISMISSAL

On April 26, 2010, the Court ordered Petitioner to show cause, in writing, within fourteen days from the date of the Order why this action should not be dismissed because of his failure to comply with a prior Order of the Court (Doc. No. 9). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 19th day of May, 2010.

                                                  MARY S. SCRIVEN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
sa 5/19
Adam Seljuk